No. 86–322. CRAWFORD FITTING CO. ET AL. *v.* J. T. GIBBONS, INC.; and

No. 86–328. CHAMPION INTERNATIONAL CORP. *v.* INTERNATIONAL WOODWORKERS OF AMERICA, AFL–CIO, CLC, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 983.] Motion of respondents for divided argument granted. Motion of petitioners for divided argument granted.

No. 86–327. MULLINS COAL CO., INC. OF VIRGINIA, ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, UNITED STATES DEPARTMENT OF LABOR, ET AL. C. A. 4th Cir. [Certiorari granted, *ante*, p. 1029.] Motion of petitioners to dispense with printing the joint appendix granted.

No. 86–357. AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* SCHEINER, SECRETARY, DEPARTMENT OF REVENUE OF PENNSYLVANIA, ET AL. Sup. Ct. Pa. [Probable jurisdiction noted, *ante*, p. 947.] Motion of Yellow Freight System, Inc., et al. for leave to file a brief as *amici curiae* granted.

No. 86–440. BECHTEL, INC. *v.* WEBSTER ET AL. C. A. 9th Cir. Motion of the parties to defer consideration of the petition for writ of certiorari granted for 90 days.

No. 86–475. FRAZIER *v.* HEEBE, CHIEF JUDGE, UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA, ET AL. C. A. 5th Cir. [Certiorari granted, *ante*, p. 960.] Motion of American Corporate Counsel Association for leave to file a brief as *amicus curiae* granted.

No. 86–497. AGENCY HOLDING CORP. ET AL. *v.* MALLEY-DUFF & ASSOCIATES, INC.; and

No. 86–531. CROWN LIFE INSURANCE CO. ET AL. *v.* MALLEY-DUFF & ASSOCIATES, INC., ET AL. C. A. 3d Cir. [Certiorari granted, *ante*, p. 983.] Motion of petitioners for divided argument granted, and the time is to be divided as follows: 10 minutes for petitioners in No. 86–497 and 20 minutes for petitioners in No. 86–531.